Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/11/2025
CT Log Number 549844137

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Virginia**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CODRINGTON MAZIE ANN // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Claim |
| **COURT/AGENCY:** | HERICO COUNTY CIRCUIT COURT, VA<br>Case # 087CL2500562800 |
| **NATURE OF ACTION:** | Personal Injury - 08/14/2023, Walmart Supercenter #1523, located at 11400 W. Board St, Glen Allen, VA 23060 |
| **PROCESS SERVED ON:** | C T Corporation System, Glen Allen, VA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/11/2025 at 12:54 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S)/SENDER(S):** | Marie Ann Codrington<br>2980 Tranbycroft Way<br>Sandy Hook, VA 23153<br>804-573-8415 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/12/2025, Expected Purge Date: 08/22/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Aug 11, 2025
**Server Name:** Drop Service -Deputy Cone

| | |
|---|---|
| Entity Served | WAL-MART STORES EAST, LP |
| Case Number | 087CL2500562800 |
| Jurisdiction | VA |

| Inserts | | |
|---|---|---|
| | | |

# COMMONWEALTH OF VIRGINIA

HENRICO CIRCUIT COURT
Civil Division
4309 E. PARHAM ROAD
RICHMOND VA 23228
(804) 501-5422

Summons

To: WAL-MART STORES EAST, LP
11400 WEST BROAD STREET
GLEN ALLEN VA 23060

Case No. 087CL25005628-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, August 07, 2025

Clerk of Court: HEIDI S BARSHINGER

by ______________________________ (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

Mazie Ann Codrington
2980 Tranbycroft Way
Sandy Hook, VA 23153
(804)573-8415 | Fax
maziecodrington@gmail.com

HERICO COUNTY CIRCUIT COURT

JURISDICTION

PLAINTIFF'S NAME,

MAZIE ANN CODRINGTON

Plaintiff,

vs.

Wal-Mart Stores East, LP

DEFENDANT'S NAME,

Defendant

Case No.: Number CL25-5628

PLEADING TITLE – RECOVERY DAMAGES – AMOUNT SOUGHT - $2.5 MILLION

Walmart Super Center #1523
11400 W Broad Steet
Glen Allen, VA 23060
Address Contact

Registered Agent
Wal-Mart Stores East, LP
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060-6808



COPY

AUG 0 7 2025
RECEIVED & FILED IN OFFICE
Deputy Clerk, Henrico Circuit Court

TORT Claim

Monetary damages – Breach of Duty

Economic damages

Punitive damages – intentional or grossly negligent conduct

Long-term effects on individual's life

Medical – Expenses

Lost Wages

Pain and suffering – The emotional distress, pain and loss of enjoyment of life resulting from injury.

Under its proper name – premises liability.

WHICH COVERS A WIDE RANGE OF ACCIDENTS ON SOMEONE ELSE'S PROPERTY. INCLUDING SLIP AND FALL, TRIP AND FALL, AND OTHER SITUATIONS WHERE A DANGEROUS CONDITION CAUSES INJURY.
I WILL ESTABLISH THAT THE PROPERTY OWNER (OR OCCUPENT) OWED A DUTY OF CARE TO THE INJURED PERSON, BREACHED THAT DUTY AND THAT THE BREACH DIRECTLY CAUSED THE INJURY

The fact of the matter that on August 14, 2023, I was walking in the Walmart – Supercenter # 1523 located on 11400 W. Board St, Glen Allen, VA 23060 to make a purchase for my 7-year-old, some underwear for school for the following school week. I entered through the grocery side of the store and took a left past the ice machine while walking across a black runner rug in the front of the ice machine. The rug slipped from under my feet. Seems as if both of my feet went up and I fell on the floor hard hurting my back, neck, and head.

I was not feeling well after the fall but very embarrassed trying to compose myself. I called my 17 year old who was waiting in the car to come and help me. When he saw how much pain I was in he stated that I had to file a report with the store manager. I sent for a manager and we took pictures of the accident site. There were no orange cones to notify nor caution the customer of the danger of slippage. Before I left the store the orange cones were put in place to signal it was a dangerous area to be avoided.

1. Slip and Fall.

I reported to the proper person – the manager of the store. I also took pictures and asked that they take the proper steps to correct the problem. I needed and received medical attention.

2. Walmart tried to low-ball with a low offer. In response, sent in my counteroffer and demand letter.

3. I was seriously injured, was let go from my job, lost my livelihood. Having been let go from my job of 20 years; I showed them proof of wage loss, which was $11, 438.67-month base of a 40-work week.

4. I am requesting an expert witness for reason of expert testimony, in order to view proof of the facts that due to the fall causing an injury that caused me to be let go from my place of employment. Also, my doctor moved up my surgery due to the fall.

5. The fact that my injury, physical pain and mental suffering caused the loss of my livelihood and employment of 20 years.

6. The medication regiment was strongly structured in such a manner that it kept me disoriented. The strong dose to deal with all the pain I had suffered was often overbearing.

7. The cost and medical expenses associated with the incident which was related to the injury that happened in Walmart.

8. I will be on medication regiments for the rest of my life due to pain.

9. I sent a medical statement about what would be needed to cover the medical expenses and medical care for the rest of my life!

I, Mazie Ann Codrington, states that the foregoing is true and correct to the best of my knowledge and is sought in good faith.

I have clearly stated and is again stating while I was shopping in Walmart, I was injured on the premises of Walmart due to the failure and negligence of their employees, I was unfortunately left to experience a lifelong injury due to a lack of proper preparation and this has had a profound impact on my life. Leaving me to suffer with lifelong pain and treatment. Minus a monthly salary base on 40 hours of 11,438.67 income.

I pray that this Honorable Court grants my filing as prayed for by the Plaintiff!

I would like to thank you in advance for your full cooperation and concern with the filing of the Plaintiff!

Lost wages claims with documentation

Catastrophic injury due to another person's negligence and requires permanent, life sustaining medical care and treatment. The potential amount they can sue for varies.

[ Economic damages

Pain and Suffering

Extent of Injuries

Medical expenses: Past - Future

Lost wages impact on individuals

Life: Non-economic – Damages - Pain and Suffering ]

Respectfully Submitted

This day August 6, 2025

By the Plaintiff

S/________________________________________

PS/__Mazie Ann Codrington__________________

CC: To the Courts

CC: Copy to the defendant's

CC: Copy for personal files.